IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-371-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LESLIE MARIE GRICE ) | |
| ) | |

This matter is before the Court on defendant's pro se motion to terminate her supervised release. A hearing was held on the motion before the undersigned on September 8, 2017, at Raleigh, North Carolina.

After considering the factors set forth in 18 U.S.C. §§ 3553(a) and 3583(e), and without objection by the government or the United States Probation Office, the Court GRANTS defendant's request for early termination.

SO ORDERED, this ___8___ day of September, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE